# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5030**  **September Term, 2006**

**06cv02193**

**Filed On:**

Faraud K. Muhammad,
  Appellant

v.

CIA Agent, et al.,
  Appellees

**FILED**
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY - 9 2007

CLERK

### ORDER

By order filed February 7, 2007, appellant was directed to file his brief and appendix, by March 19, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on February 16, 2007. To date, appellant has not complied with the court's February 7, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 7/5/07
BY: *[signature]*
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk